# United States Court of Appeals

### For the Eighth Circuit

_____

No. 22-2744

_____

United States of America

*Plaintiff - Appellee*

v.

Lino Suastegui-Leon, also known as Santiago Rosario Maldonado

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: November 16, 2022
Filed: December 1, 2022
[Unpublished]

_____

Before LOKEN, MELLOY, and STRAS, Circuit Judges.

_____

PER CURIAM.

Defendant Lino Suastegui-Leon pleaded guilty to unlawful use and possession of an identification document and misuse of a Social Security number. His counsel

requested a sentence of time-served. The district court[1] imposed a sentence of time served plus supervised release.

Counsel moved to withdraw and filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the substantive reasonableness of the term of incarceration. Because Suastegui-Leon appeals only the term of incarceration that his counsel requested and the district court imposed, there are no grounds for relief. <u>See</u> <u>United States v. Campbell</u>, 764 F.3d 874, 879 (8th Cir. 2014) ("Whether couched as invited error or more generally as a waiver, the result is the same—this court will not conduct plain-error review.").

Having reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and having found no non-frivolous issues for appeal, we affirm the judgment of the district court.[2]

STRAS, Circuit Judge, concurring in part and dissenting in part.

To the extent Suastegui-Leon challenges the length of a now-expired term of imprisonment, we cannot grant him any relief. *See United States v. Juvenile Male*, 564 U.S. 932, 936–37 (2011) (per curiam); *Owen v. United States*, 930 F.3d 989, 990–91 (8th Cir. 2019). The issue is moot, in other words, which means we cannot decide it. *See Owen*, 930 F.3d at 990–91.

---

[1]The Honorable C.J. Williams, United States District Judge for the Northern District of Iowa.

[2]We grant counsel's pending motion to withdraw.